912

No. 749, Misc. SMALLWOOD *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 750, Misc. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 762, Misc. SMITH *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 764, Misc. ADINOLFI *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 765, Misc. CONWAY *v.* DICKSON, WARDEN. Supreme Court of California. Certiorari denied.

No. 767, Misc. WISSENFELD *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 772, Misc. DUTTON *v.* EYMAN, WARDEN, ET AL. Supreme Court of Arizona. Certiorari denied.

No. 773, Misc. PRATT *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 778, Misc. HARRIS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 343. AMERICAN MOTORS CORP. ET AL. *v.* CITY OF KENOSHA, 356 U. S. 21. Petition for rehearing of United States denied.